07-mc-136

AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

DEVELOPERS SURETY AND INDEMNITY COMPANY

V.

ARCHIE CHARLES KOHR and LILIBELL KOHR

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: 1:05CV1968

I, _____Mary E. D'Andrea_____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on __12/30/2005__ as it
Date
appears in the records of this court, and that

final judgment is hereby entered in favor of the Plaintiff and against Defendants Archie Charles Kohr and Lillibell Kohr in the amount $175,952.39.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

FILED
JUL 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

6/27/2007
Date

MARY E. D'ANDREA
Clerk

_Kathleen Maloney_
(By) Deputy Clerk

---

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

07-136

| | | |
|---|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY | : | |
| v. | : | 1:05-CV-1968 |
| ARCHIE CHARLES KOHR and LILIBELL KOHR | : | |

## JUDGMENT

AND NOW, this 30th day of December, 2005, upon request of the Plaintiff for entry of final judgment, Defendants Archie Charles Kohr and Lilibell Kohr having been properly served with the Summons and Complaint, having failed to answer or move within the time permitted, default having previously been entered against the aforesaid Defendants, it is **ORDERED** that final judgment is hereby entered in favor of the Plaintiff and against Defendants Archie Charles Kohr and Lilibell Kohr in the amount of $175,952.39.

BY THE COURT:

*[signature]*

Certified from the record
Date 10/27/07
Mary E. D'Andrea, Clerk
Per *[signature]*
Deputy Clerk

JCQ/7808/7/754115_1



**Mattleman, Weinroth & Miller, P.C.**
ATTORNEYS-AT-LAW

200 Continental Drive, Suite 215 • Newark, Delaware 19713
Tel: 302.731.8349 • Fax: 302.731.8753
www.mwm-law.com

**Adam R. Elgart**
Member of PA & DE Bars

Our File #68780

July 2, 2007

Clerk
U.S. District Court
District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

    Re:    Developers Surety and Indemnity Company
    vs.    ARCHIE CHARLES KOHR and LILIBELL KOHR
           Case Number: 1:05CV1968

Dear Sir/Madam:

    Enclosed herein please find an original and two (2) copies of Certification of Judgment for Registration in Another District together with our check in the amount of $39.00. Kindly transfer the judgment to the District of Delaware. I have enclosed a self-addressed, stamped envelope for your convenience in returning a filed copy to our office.

    Thank you for your courtesy and cooperation.

                                        Very truly yours,

                                        ADAM R. ELGART
                                        For the Firm

ARE/tmj
Enclosure

**Mattleman, Weinroth & Miller, P.C.**
ATTORNEYS-AT-LAW
401 Route 70 East, Suite 100 • Cherry Hill, New Jersey 08034

Clerk
U.S. District Court
District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801